IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent/Plaintiff, | § | |
| | § | Criminal Action No. 3:04-CR-376-L |
| v. | § | (Civil Action No. 3:06-CV-1568-L) |
| | § | |
| CRISTELLA MEDRANO, | § | |
| | § | |
| Defendant/Movant. | § | |

# ORDER

Defendant/movant Cristella Medrano ("Movant") seeks to vacate, set aside or correct her sentence under 28 U.S.C. § 2255. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On June 22, 2007, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed.

The magistrate judge found that Movant, in her § 2255 motion, was seeking to collaterally attack her sentence, alleging that her counsel was ineffective. The magistrate judge recommended that Movant's § 2255 motion be denied, as her claims were without merit. See Findings, Conclusions and Recommendation at 5 (Movant failed to show "deficient conduct and resulting prejudice."). *See also id.* at 2 (citing *Strickland v. Washington*, 466 U.S. 688 (1984)).

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, Cristella Medrano's motion to vacate, set aside

or correct her sentence under 28 U.S.C. § 2255 is **denied**, and this action is **dismissed with prejudice**. Final judgment will be issued by separate document.

**It is so ordered** this 31ˢᵗ day of July, 2007.

Sam A. Lindsay
United States District Judge